IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONNA M. CASSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  05-2107-JWL |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

Now, on this 1st day of August, 2006, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of plaintiff in this social security appeal, the court finds that reimbursement should be made for attorney fees in the amount of  $4,900.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, plaintiff is granted attorney's fees under the EAJA in the amount of $4,900.00.

IT IS SO ORDERED.

    s/ John W. Lungstrum
John W. Lungstrum
United States District Judge

APPROVED BY:

| | |
|---|---|
| s/James H. Green | ERIC F. MELGREN |
| James H. Green | United States Attorney |
| 1734 E. 63rd Street, Suite 602 | By s/Christopher Allman |
| Kansas City, MO 64110 | Christopher Allman, Ks. S. Ct. No. 14225 |
| (816) 361-4400 | 500 State Avenue, Suite 360 |
| 816) 361-5911 (FAX) | Kansas City, KS 66101 |
| | (913) 551-6730 |
| Attorney for Plaintiff | (913) 551-6541 (FAX) |

Chris.allman@usdoj.gov

Attorney for the United States